# Court of Appeals
# of the State of Georgia

ATLANTA,  March 30, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1180. KENNETH WAYNE CLAY v. THE STATE.

In 2019, Kenneth Wayne Clay pleaded guilty to failing to register as a sex offender. Almost four years later, Clay filed an amended motion to suppress, arguing that the evidence against him was illegally obtained. The trial court dismissed the motion, and Clay filed this direct appeal.[1] We lack jurisdiction.

Clay's post-plea motion to suppress evidence was, in substance, a challenge to his conviction. The Supreme Court has made clear that a petition to vacate or set aside a conviction is not an appropriate remedy in a criminal case. See *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009); see also *Wright v. State*, 277 Ga. 810, 811 (596 SE2d 587) (2004). Because Clay is not authorized to collaterally attack his conviction in this manner, this appeal is hereby DISMISSED. See *Harper*, 286 Ga. at 218 (2).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  03/30/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] This is not Clay's first appearance before this Court. Clay previously appealed an order denying a motion to correct an illegal and void sentence. We dismissed that appeal in an unpublished opinion. See Case No. A20A0720 (April 3, 2020).